IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Baumann, Jason | Case Number:  08 B 02429 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/17/08 | Filed:  2/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,150.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,075.25 |
| Trustee Fee: | | 74.75 |
| Other Funds: | | 0.00 |
| Totals: | 1,150.00 | 1,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,500.00 | 1,075.25 |
| 2. | Joseph Wrobel Ltd | Administrative | 2,500.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 17,226.65 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 235.99 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 405.97 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 142.07 | 0.00 |
| 8. | I C Systems Inc | Unsecured | 106.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 678.10 | 0.00 |
| 10. | Village of Chicago Ridge | Unsecured | 250.00 | 0.00 |
| 11. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 12. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 13. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 14. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 17. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 18. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 19. | Adventist La Grange Memorial Merchants | Unsecured | | No Claim Filed |
| 20. | CompuCredit | Unsecured | | No Claim Filed |
| 21. | Jeffrey H Hopkins | Unsecured | | No Claim Filed |
| 22. | TCF Bank | Unsecured | | No Claim Filed |
| 23. | Macneal Hospital | Unsecured | | No Claim Filed |
| 24. | Hollywood Video | Unsecured | | No Claim Filed |
| 25. | T Mobile USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Baumann, Jason

Printed: 6/17/08

Case Number: 08 B 02429
Judge: Hollis, Pamela S
Filed: 2/4/08

| | | | |
|---|---|---|---|
| 26. | US Bank | Unsecured | No Claim Filed |
| 27. | TCF Bank | Unsecured | No Claim Filed |
| 28. | Hindsdale Anesthesia Assoc | Unsecured | No Claim Filed |
| 29. | Village of Chicago Ridge | Unsecured | No Claim Filed |
| 30. | TCF Bank | Unsecured | No Claim Filed |

$ 24,044.78        $ 1,075.25

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 74.75 |

$ 74.75

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____